UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

        Plaintiff(s)

v.

INFOGATION CORP.,

        Defendant(s)

CASE No C 16-5821-VC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  private mediation with mediator agreeable to all parties

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: 30 days from end of expert disc.

Date: 12/20/2016     /s/ David S. Almeling
                           Attorney for Plaintiff

Date: 12/20/2016     /s/ Jennifer Feldman
                           Attorney for Defendant

- ☐ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

                                    U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 11-2016*