1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12   GOOGLE INC.,                              Civil Action No.: 3:16-cv-05821-VC
                          Plaintiff,
13                                             **STIPULATION AND [PROPOSED]**
                                               **ORDER RE SUPPLEMENTAL**
14        v.                                   **BRIEFING ON INFOGATION'S**
                                               **MOTION TO DISMISS**
15   INFOGATION CORP.,
                                               Hon. Judge Vince Chhabria
16                        Defendant.           Courtroom 4, 17th Floor
17                                             Hearing Date: January 5, 2017
                                               Time:  10:00 am
18

19

20

21

22

23

24

25

26

27

28

Plaintiff Google Inc. ("Google") and defendant InfoGation Corp. ("InfoGation") agree and stipulate that:

1.      On November 9, 2016, Defendant InfoGation Corp. ("InfoGation") filed a Motion to Dismiss the Complaint for Lack of Jurisdiction ("Motion to Dismiss");

2.      On November 30, 2016, Google Inc. ("Google") filed an Opposition to InfoGation's Motion to Dismiss ("Opposition");

3.      On December 7, 2016, InfoGation filed a Reply in Support of its Motion to Dismiss ("Reply");

4.      There have been two developments since the submission of these briefs that may have bearing on the court's decision on the Motion to Dismiss.

5.      First, in the cases proceeding between InfoGation, as plaintiff, and three smartphone manufacturers, HTC, ZTE, and Huawei, as defendants (the "Southern District Defendants"), in the Southern District of California (Case Nos. 3:16-cv-01901, 3:16-cv-01902, and 3:16-cv-01903) (collectively, "the Southern District Cases"), InfoGation served infringement contentions on the Southern District Defendants.  Google requested copies of these infringement contentions on December 12, 2016, and was provided with copies on December 14, 2016.

6.      Second, the Southern District Defendants had previously filed motions to stay the Southern District Cases pending resolution of this case ("Motions to Stay").  On December 21, 2016, the Court in the Southern District Cases issued identical orders in each of the three actions denying the Southern District Defendants' Motions to Stay.

7.      The parties have agreed to submit InfoGation's infringement contentions from the Southern District Cases, as well as the orders denying the Southern District Defendants' Motions to Stay, along with minimal briefing by each party.

8.      InfoGation's brief, to be considered as supplementation of its Motion to Dismiss and Reply, is attached as "Exhibit A."

9.      Google's brief, to be considered as supplementation of its Opposition, is attached as "Exhibit B."

STIP. AND [~~PROPOSED~~] ORDER
NO. 3:16-cv-05821-VC

1    10.    InfoGation's infringement contentions from the three Southern District Cases are

2    attached as "Exhibit C," "Exhibit D," and "Exhibit E."

3    11.    The orders denying the Southern District Defendants' Motions to Stay are attached

4    as "Exhibit F," "Exhibit G," and "Exhibit H."

5    DATED:  December 28, 2016                    O'MELVENY & MYERS LLP

6

7                                                By:   __/s/ Mark Liang_____
                                                        Mark Liang
8
                                                 Darin W. Snyder (S.B. #136003)
9                                                Luann L. Simmons (S.B. #203526)
                                                 David S. Almeling (S.B. #235449)
10                                               Mark Liang (S.B. #278487)
                                                 John X. Zhu (S.B. #310857)
11                                               **O'MELVENY & MYERS LLP**
                                                 Two Embarcadero Center, 28th Floor
12                                               San Francisco, California 94111
                                                 Telephone: (415) 984-8700
13                                               Facsimile: (415) 984-8701

14                                               Mishima Alam (S.B. #271621)
                                                 **O'MELVENY & MYERS LLP**
15                                               1625 Eye Street, NW
                                                 Washington, DC 20006
16                                               Telephone: (202) 383-5300
                                                 Facsimile: (202) 383-5414
17
                                                 **Attorneys for Plaintiff GOOGLE INC.**
18
     DATED: December 28, 2016                    MITCHELL & COMPANY
19
                                                 By: _/s/ Brian E. Mitchell_____
20                                                     Brian E. Mitchell
                                                 Brian E. Mitchell (SBN 190095)
21                                               Marcel F. De Armas (SBN 289282)
                                                 MITCHELL + COMPANY
22                                               4 Embarcadero Center, Suite 1400
                                                 San Francisco, CA 94111
23                                               Telephone: (415) 766-3514
                                                 Facsimile: (415) 402-0058
24                                               Brian.Mitchell@mcolawoffices.com
                                                 mdearmas@mcolawoffices.com
25

26                                               Edward A. Pennington
                                                 (admitted *pro hac vice*)
27                                               John P. Moy
                                                 (*pro hac vice* application to be filed)
28

STIP. AND [~~PROPOSED~~] ORDER
NO. 3:16-cv-05821-VC

1
2
3
4
5
6
7
8
9
10

Sean T.C. Phelan
(*pro hac vice* application to be filed)
Jennifer L. Feldman
(admitted *pro hac vice*)
John P. Pennington
(admitted *pro hac vice*)
SMITH, GAMBRELL & RUSSELL LLP
1055 Thomas Jefferson St., N.W., Ste 400
Washington, D.C. 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
epennington@sgrlaw.com
jmoy@sgrlaw.com
sphelan@sgrlaw.com
jfeldman@sgrlaw.com
jpennington@sgrlaw.com

11

**Attorneys for Defendant
INFOGATION CORP.**

12

13

**<u>FILER'S ATTESTATION</u>**

14

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose

15

behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

16

17

18

Dated:  December 28, 2016

**O'MELVENY & MYERS LLP**

19

20

By:     */s/ Mark Liang*
          Mark Liang

21

*Attorney for Plaintiff Google Inc.*

22

23

24

25

26

27

28

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties' supplemental briefs, in the form of the attached Exhibits A and B, shall be filed within three days from this Order.

Dated: December  29 , 2016

_____
Vince Chhabria
United States District Judge

STIP. AND [PROPOSED] ORDER
NO. 3:16-cv-05821-VC